UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENO,<br><br>        Petitioner,<br><br>   v.<br><br>,<br><br>        Respondent. | Case No. 23-cv-01740-VC<br><br>**ORDER OF DISMISSAL** |

    This case was opened when Zachary Paul Moreno wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Moreno was informed that he had not filed a petition on the proper form and was given twenty-eight days to do so. He was also sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis (IFP). A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. Twenty-eight days has passed, and Moreno has not filed a proper petition, an IFP application, or otherwise communicated with the court. This case is therefore DISMISSED without prejudice. No fee is due.

    **IT IS SO ORDERED.**

Dated: May 17, 2023

_____
VINCE CHHABRIA
United States District Judge